## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
Sandra K Jeffries o/b/o T.J., a minor,  )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   Civil Action No. 08-2158 (RBW)
                                        )
Michael J. Astrue,                      )
Commissioner of Social Security,        )
                                        )
            Defendant.                  )
_____)

## ORDER

For the reasons are set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's motion for Judgment of Reversal is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that the defendant's motion for Judgment of Reversal is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that this case is remanded to the Commissioner to evaluate the teachers' questionnaires that were unavailable to the ALJ at the time of his decision.

**SO ORDERED** this 15th day of July, 2010.


                                   _____/s/_____
                                   Reggie B. Walton
                                   United States District Judge